UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21264-Civ-COOKE/GOODMAN

YUNIOR DOMINGUEZ, an individual, and
SALT ADDICT, INC. D/B/A THE
BALLYHOOP, a Florida Corporation,
    Plaintiffs,
v.
BARRACUDA TACKLE LLC, a Florida
Limited Liability Company, and FLORIDA
FISHING TACKLE MFG. CO., INC.,
a Florida Corporation, and
DAVID BURTON YOUNG, an individual,
    Defendants.
_____/

**JOINT SCHEDULING REPORT**

    Plaintiffs, YUNIOR DOMINGUEZ, ("Dominguez) **AND SALT ADDICT, INC. D/B/A THE BALLYHOOP** ("BallyHoop") and Defendants Barracuda Tackle, LLC ("Barracuda"), Florida Fishing Tackle MFG. Co., Inc. ("FFTM"), and David Burton Young ("Young"), pursuant to Rule 16.1 of the Local Rules for the Southern District of Florida (SD Fla) and the Court's May 1, 2019 Order (ECF No. 7) convened telephonically and hereby submit this Joint Scheduling Report.

    **Information required by SD Fla LR 16.1(b):**

    A. **Likelihood of Settlement.**
        The Parties are open to settlement discussions and will revisit previous attempts for settlement.

    B. **Likelihood of Appearance in the Action of Additional Parties.**
        Unknown at this time.

C. **Discovery Schedule.**

The parties propose a complex track for this case in light of the prolonged discovery anticipated by the parties. Accordingly, the parties propose the following pretrial discovery schedule:

| Date | Action |
|---|---|
| November 4, 2019 | Parties to provide initial disclosure pursuant to Rule 26 |
| March 7, 2020 | Deadline for Joinder of Additional Parties and Amending Pleadings |
| April 10, 2020 | Exchange Expert Witness Lists |
| May 10, 2020 | Exchange of Expert Rebuttal Reports |
| May 15, 2020 | Fact Discovery Cut Off |
| June 10, 2020 | Expert Discovery Cut Off |
| July 10, 2020 | Pre-trial Motions Cutoff |
| August 1, 2020 | Last Day to File Summary Judgment or Other Dispositive Motion |
| October 10, 2020 | Deadline for Joint Pretrial Stipulation |
| November 15, 2020 | Deadline for Resolution of Pretrial Motions |

| *Proposed* November 18, 2020 | Pretrial Conference |
|---|---|
| November 21, 2020 | Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law |
| November 28, 2020 | Deadline for Filing of Deposition Designations |
| *Proposed* December 5-8, 2020 | Trial |

**D. Proposals for the Formulation and Simplification of Issues and the Number and Timing of Motions for Summary Judgment.**

The Parties will attempt to simplify the issues.

No more than one (1) Summary Judgment motions per party. Last Day to File Summary Judgment or Other Dispositive Motion is August 1, 2020.

**E. Necessity of Amendments to Pleadings.**

At this this time it is unclear if any amendment to the Pleadings will be necessary.

**F. Admissions and Stipulations Which Will Avoid Unnecessary Proof.**

None at this time. The parties will make a good faith effort to stipulate as practicable to avoid unnecessary proof and court rulings.

**G. Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

None at this time.

**H. Referral of Matters to Magistrate Judge.**

All Motions directed as to discovery matters will be consented to be heard by the Magistrate Judge.

**I. Preliminary Estimate of the Time Required for Trial.**

2-4 days.

**J. Pretrial Conference and Trial Dates.**

Pretrial Conference: *Proposed* September 18, 2020

Trial Dates: *Proposed* October 5-8, 2020

**K. Issues as Enumerated in this Subsection of the Local Rule.**

Currently, there are two motions pending resolution by this Court, i.e., Defendants' Motion to Dismiss (DE 15) and Defendants Motion for Rule 11 Sanctions (DE 19).

Respectfully submitted on this 23rd day of October, 2019 by:

| | |
|---|---|
| s/Calrie Marsh | s/Mark C. Johnson |
| Calrie Marsh, Esq. | Mark C. Johnson |
| Fla. Bar # 021097 | Fla. Bar # 84365 |
| **CALRIE MARSH, P.A.** | **JOHNSON | DALAL** |
| 701 Brickell Avenue, | 111 N. Pine Island Road |
| Suite 1550 | Suite 103 |
| Miami, FL 33131 | Plantation, FL 33324 |
| Tele: (305) 728-5319 | Tele: (954) 507-4500 |
| Fax: (305) 728-5288 | Fax: (954) 507-4502 |
| c.marsh@calriemarsh.com | Email: MJ@JohnsonDalal.com |
| Counsel for Plaintiffs | Service@JohnsonDalal.com |
| | Counsel for Defendants |